In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-14-00056-CR**
_____

**ROMALODY ALONZO MOORE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court**
**Jefferson County, Texas**
**Trial Cause No. 12-15467**

**MEMORANDUM OPINION**

On December 16, 2013, the trial court sentenced Romalody Alonzo Moore on a conviction for robbery. Moore filed a notice of appeal on January 15, 2014. The district clerk has provided the trial court's certification to the Court of Appeals. The trial court certified that this is a plea-bargain case and the defendant has waived the right of appeal. *See* Tex. R. App. P. 25.2(a)(2).

On February 21, 2014, we notified the parties that we would dismiss the appeal unless the appellant established grounds for continuing the appeal. No

1

response has been filed. Because the record does not contain a certification that shows the defendant has the right of appeal, we must dismiss the appeal. *See* Tex. R. App. P. 25.2(d). Accordingly, we dismiss the appeal.

APPEAL DISMISSED.


_____
CHARLES KREGER
Justice

Opinion Delivered April 30, 2014
Do Not Publish

Before Kreger, Horton, and Johnson, JJ.